IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 MAY -8 PM 12:43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| v. | : | **3:06 cr 0084** |
| **JAMIE R. TUTTLE** | : | INFORMATION |
| | | 18 U.S.C. § 471 |

THOMAS M. ROSE

------------------

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about November 10, 2005, in the Southern District of Ohio, the defendant, **JAMIE R. TUTTLE**, with intent to defraud, did falsely make, forge, and counterfeit obligations of the United States, that is, Federal Reserve Notes in the denominations of twenty and fifty dollars, with a total face value of approximately $8,000, which he then knew to be falsely made, forged and counterfeited.

In violation of 18 U.S.C. § 471.

GREGORY G. LOCKHART
United States Attorney

*J. Richard Chema* (signature)

J. RICHARD CHEMA
Chief, Criminal Division